# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:17-CV-812-MO

Plaintiff:
**TIM WILSON**
vs.
Defendant:
**ICS CAPITAL, LLC**

For: TRIGSTED LAW GROUP, P.C.

Received by MALSTROM'S PROCESS SERVING CO. on the 14th day of June, 2017 at 12:38 pm to be served on **ICS CAPITAL, LLC R/A: NATIONAL REGISTERED AGENTS, INC., 1999 BRYAN ST, STE. 900, DALLAS, TX 75201-3136.** I, _Gary Sherman_, do hereby affirm that on the _15_ day of _June_, 20_17_ at _3:15_ P.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Terri Thongsavat_ as _Process Specialist for its Registered Agent National Registered Agents, Inc_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____



## RETURN OF SERVICE For 3:17-CV-812-MO

I declare under penalty of perjury that I am a resident of the State of service. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

PROCESS SERVER # OCO000 1117
Appointed in accordance with State Statutes

**MALSTROM'S PROCESS SERVING CO.**
**155 Culver Lane S**
**Salem, OR 97302**
**(503) 585-0234**

Our Job Serial Number: 2017003308

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2g

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| TIM WILSON, | )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:17-cv-812-MO |
| ICS CAPITAL, LLC, | )<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ICS CAPITAL, LLC,
C/O NATIONAL REGISTERED AGENTS, INC.
1999 BRYAN ST., STE 900
DALLAS, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Suite 150
Lake Oswego, OR
97035

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/24/2017**            By: **s/J. Harper, Deputy Clerk**