IN THE UNITED STATES DISTRICT COURT
OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| TIM WILSON, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Case No. 3:17-cv-812-MO |
| ICS CAPITAL | § § § | |
| Defendant. | § § § § | |

### DEFENDANT ICS CAPITAL'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant ICS CAPITAL("Defendant"), pro se, hereby answers the Complaint ("Complaint") of Plaintiff, Tim Wilson ("Plaintiff") as follows:

1.  Answering Paragraph IV #5 of the Complaint, Defendant admits.

2.  Answering Paragraph IV #6 of the Complaint, Defendant admits based in complaint.

3.  Answering Paragraph IV #7 of the Complaint, Defendant admits "collection of a debt"

4.  Answering Paragraph IV #8 of the Complaint, Defendant denies allegations.

5.  Answering Paragraph IV #9 of the Complaint, Defendant denies allegations.

6.   Answering Paragraph 6 IV #10 of the Complaint, Defendant denies knowledge of such allegations.


7. Answering Paragraph 6 IV #10 of the Complaint, Defendant denies knowledge of such allegations.

8. Answering Paragraph IV #11 of the Complaint, Defendant denies such allegations.

9. Answering Paragraph IV #12 of the Complaint, Defendant denies such allegations.

10. Answering Paragraph IV #13 of the Complaint, Defendant denies such allegations.

11. Answering any other allegations of the Complaint the Defendant denies such allegations.

## Prayer For Relief

12. Defendant denies that Plaintiff is entitled to the relief sought.

## PRAYER

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by way of the Complaint;

2. That the Complaint be dismissed with prejudice and judgment entered in favor of Defendant;

3. That Defendant be awarded his costs, disbursements and attorneys' fees in this action; and

4. For such other and further relief as this Court deems just and proper.

DATED: August 23, 2017

Respectfully submitted,

/s/ ICS Capital
ICS Capital, Pro Se
G. Williky, Member
P.O. Box 270180
Flower Mound, Texas 75027-0180
Email: contact@payics.com   Fax 817-796-7946

## CERTIFICATE OF SERVICE

I certify that on August 23, 2017, I caused a complete and accurate copy of the foregoing document to be served via US Mail to Joshua Trigsted, Trigstrd Law Group, P.C. 5200 SW Meadows Rd Ste 150, Lake Oswego, OR 97035

/s/ ICS Capital